STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KENNETH CHAMBERS  (NYBN 5559885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    kenneth.chambers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN BAPTIST DELORIMIER,<br><br>    Defendant. | **CASE NO. 20-113 JD**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |

Sentencing in the above-captioned matter is presently set for July 28, 2021.  The parties are in the process of discussing the applicable restitution to be paid to the victims in this matter and are attempting to reach an agreement on those figures.  Accordingly, the parties stipulate and agree that the sentencing hearing should be continued to August 23, 2021 at 10:30 a.m. to permit the parties to complete their discussions.

**IT IS SO STIPULATED.**
                                  STEPHANIE M. HINDS
                                  Acting United States Attorney

Dated: July 9, 2021                    __/s/_____
                                  KENNETH CHAMBERS
                                  Assistant United States Attorney

/s/
CHARLES DRESOW
Counsel for John Baptist DeLorimier, Jr.

**IT IS SO ORDERED.**

Dated:   July 12, 2021

HON. JAMES DONATO
United States District Judge