1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KENNETH CHAMBERS  (NYBN 5559885)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6488
7      FAX: (415) 436-7234
8      kenneth.chambers@usdoj.gov

9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,         )  **CASE NO. 20-113 JD**
                                       )
15 |     Plaintiff,                    )  **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING**
                                       )
16 |   v.                              )
                                       )
17 | JOHN BAPTIST DELORIMIER,          )
                                       )
18 |     Defendant.                    )
                                       )

19

20     Sentencing in the above-captioned matter is presently set for August 23, 2021 at 10:30 a.m.  The

21 parties are in the process of discussing the applicable restitution to be paid to the victims in this matter

22 and are attempting to reach an agreement on those figures.  Accordingly, the parties stipulate and agree

23 that the sentencing hearing should be continued to September 27, 2021 at 10:30 a.m. to permit the

24 parties to complete their discussions.

25  **IT IS SO STIPULATED.**              STEPHANIE M. HINDS
                                          Acting United States Attorney
26
    Dated: August 5, 2021                 ___/s/_____
27                                        KENNETH CHAMBERS
                                          Assistant United States Attorney
28

                                         1
20-113 JD

/s/
CHARLES DRESOW
Counsel for John Baptist DeLorimier, Jr.

**IT IS SO ORDERED.**

Dated: August 9, 2021

_____
HONORABLE JAMES DONATO
United States District Judge